IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

No. 4:15-CR-73-1

Style: UNITED STATES OF AMERICA V. STEVEN HAYNES

Place Held: Oxford, Mississippi

Date & Time Began: June 30, 2017, 1:23 p.m.
Date & Time Ended: June 30, 2017, 2:04 p.m.

TOTAL TIME: 41 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| Rita Thomas | Susan May |
|---|---|
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Scott F. Leary | David G. Hill |

U.S. PROBATION:
Blaine Anderson

Proceedings:
Waiver of Indictment Filed _____   Indictment Filed _____   Information Filed _____

Plead Defendant:   STEVEN HAYNES

GUILTY                                              NOT GUILTY     NOLO CONTENDERE

Counts 1 and 4 of the Fourth Superseding Indictment   _____   _____

Released on Bond: _____

Bond Set: _____

Bond Continued _____

Remanded to Custody of U.S. Marshal:   X

Set for Sentencing:     11/02/2017

Remarks:

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy